## Hamaker's Estate.

In the settlement of an estate by an administrator *de bonis non*, *cum testamento annexo*, there can be no connection with the administration of the estate by the executor. If the account of the executor shall not have been finally settled, or if any error should have occurred in its settlement, it is the subject of settlement by, or correction at, the instance of his personal representative.   It is error to blend the account of an administrator *de bonis non*, *cum testamento annexo*, with the account of the first executor.

APPEAL from the decree of the orphans' court of *Dauphin* county.

Adam Hamaker, Jun., was the executor of Adam Hamaker, Sen., and settled an account of his administration, and died.   Letters of administration *de bonis non*, with the will annexed, issued to John Fox and Martin Nisley, upon the estate, who presented an account of their administration, which embraced not only their own account, but also a supplemental account of the administration by Adam Hamaker, Jun., the first executor, embracing the balance in his favour on his account settled, and also praying credit for disbursements by him in his lifetime.

The court below treated the account as a review of the settlement of the whole estate, and went into the examination of the account of the first executor, and allowed, disallowed and amended it according to the proof in the case.   The accountants appealed from the decision of the orphans' court.

PER CURIAM.—The administration *de bonis non*, under the will, had no connection with the preceding administration of the executor. The thirty-first section of the act of 1834 has wisely avoided the confusion that would ensue from a blended state of the accounts, though it subrogates, for specific purposes, the administrator *de bonis non* to his predecessor.   The settlement of the executor's supplemental account, if any remains to be exhibited, belongs to his personal representative, who may also, on proof of mistake in the original accounts, if a final one, have it corrected by review.   But the administrators *de bonis non* may not throw it open, or engraft their own upon it.   The decree of confirmation is, therefore, reversed, and the accounts are remitted to the orphans' court, with direction to receive from the administrators *de bonis non* a separate account of their own administration ; and from the personal representative of the executor, such supplemental account as circumstances may require to be exhibited ; or to give relief by review, should justice demand it.

Decree accordingly.